JOHN W. WEST, Individually and as Executor of JUDITH L. WEST, Deceased, Respondent, v. AETNA CASUALTY AND SURETY COMPANY, Appellant. — GIBSON, P. J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gibson, P. J. [49 Misc 2d 28.]